**Query**   **Reports**   **Utilities**   **Help**   **What's New**   **Log Out**

# U.S. District Court
# North Carolina Middle District (NCMD)
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00380-UA-1

Case title: USA v. DIXON                      Date Filed: 10/25/2021

Assigned to: UNASSIGNED

### Defendant (1)
**RAYMOND EARL DIXON, JR.**

| **Pending Counts** | **Disposition** |
| --- | --- |
| 18:922(g)(1) and 924(a)(2) Felon in possession of a firearm (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Plaintiff**
**USA**                          represented by   **MICHAEL A. DEFRANCO**
                                                  OFFICE OF U. S. ATTORNEY
                                                  101 SOUTH EDGEWORTH STREE,
                                                  FOURTH FLOOR
                                                  GREENSBORO, NC 27401
                                                  336-333-5351
                                                  Email: mike.defranco@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: United States Attorney*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/25/2021 | 1 | INDICTMENT as to RAYMOND EARL DIXON, JR (1) count(s) 1. (Carter, Alexus) (Entered: 10/26/2021) |
| 10/26/2021 | 3 | ARREST Warrant Issued in case as to RAYMOND EARL DIXON, JR. (Carter, Alexus) (Entered: 10/26/2021) |